Filed 4/8/21  P. v. Chacon CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>FRANCISCO DANIEL CHACON,<br><br>    Defendant and Appellant. | 2d Crim. No. B307733<br>(Super. Ct. No. 2017013629)<br>(Ventura County) |

Francisco Daniel Chacon appeals from the postjudgment order revoking and reinstating his Postrelease Community Supervision (PRCS).  We dismiss.

In August 2017, Chacon pled guilty to felony possession of a controlled substance with a firearm (Health & Saf. Code, § 11370.1, subd. (a); count 2) and misdemeanor driving with a suspended license (Veh. Code, § 14601.2, subd. (a); count 4).  The trial court suspended imposition of sentence and placed Chacon on probation for 36 months with terms, including that he serve 150 days in county jail.

In February 2018, Chacon admitted he violated probation.  The court revoked and reinstated probation.  It modified the previous 150-day jail term to a 210-day jail term.

In December 2018, Chacon admitted he violated probation a second time.  The court revoked and reinstated probation with the modification that he serve 60 additional days in county jail.

In April 2019, Chacon admitted he violated probation a third time.  The court terminated the probation as unsuccessful and sentenced him to two years in state prison for count 2 (Health & Saf. Code, § 11370.1).

In October 2019, Chacon was released from prison and placed on PRCS.  In August 2020, police officers arrested Chacon after finding several open alcohol containers and a loaded revolver in his car.  Two days later, police arrested Chacon again after the officers received reports about a fight.  The officers observed that Chacon exhibited symptoms of drug use.  The probation department filed a petition for revocation of PRCS, alleging that Chacon engaged in illegal conduct, possessed a firearm, possessed or used alcohol, drove without a license, and possessed or used a controlled substance.

In September 2020, the court found Chacon violated PRCS.  It revoked and reinstated supervision with the modification that he serve an additional 160 days in county jail.

We appointed counsel to represent Chacon in this appeal.  After examining the record, counsel filed an opening brief that raises no arguable issues.  We advised Chacon that he had 30 days to personally submit any contentions or issues he wished us to consider.  Chacon did not file a supplemental brief.

Because this appeal is from an order denying

2

postconviction relief rather than Chacon's first appeal of right from a criminal conviction, Chacon is not entitled to review pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  (*People v. Serrano* (2012) 211 Cal.App.4th 496, 501; *People v. Cole* (2020) 52 Cal.App.5th 1023, review granted Oct. 14, 2020, S264278.)  Because Chacon has not filed a supplemental brief, we dismiss the appeal.  (*Cole*, *supra*, at p. 1028.)

DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED.

TANGEMAN, J.

We concur:

GILBERT, P. J.

PERREN, J.

3

Rocky J. Baio, Judge

Superior Court County of Ventura

_____

Heather E. Shallenberger, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.